UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

B-09-01                                        2009 OCT 21  P 4: 09

|  |  |
|---|---|
| UNITED STATES OF AMERICA | **Criminal Number:** DISTRICT COURT<br>BRIDGEPORT, CONN. |
|  | **VIOLATIONS:** |
| v. | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) |
|  | (Possession with Intent to Distribute and |
|  | Distribution of 5 Grams or More of Cocaine |
| DANIEL SCOTT, a.k.a. "D-Money" | Base) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Distribution of Cocaine Base)

On or about July 1, 2009, in New London, in the District of Connecticut, **DANIEL SCOTT, a.k.a. "D-Money,"** the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B).

### COUNT TWO
(Distribution of Cocaine Base)

On or about July 8, 2009, in Bridgeport, in the District of Connecticut, **DANIEL SCOTT, a.k.a. "D-Money,"** the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(B).

### FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Counts One and Two of this Indictment, **DANIEL SCOTT, a.k.a "D-Money,"** the defendant herein, shall forfeit to the United

States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment, including but not limited to the following:

a.    one 1997 Cadillac Deville, VIN: 1G6KD54Y6VU231711, CT License plate:974-XHT, registered to Daniel Scott of 21 Williams Street, Apt. 2, New London, CT.

If any of the above-described property, as a result of any act or omission of said defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third person: (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON


_____
NORA R. DANNEHY
UNITED STATES ATTORNEY


_____
ROBERT M. SPECTOR
SUPERVISORY ASSISTANT U.S. ATTORNEY


_____
FELICE M. DUFFY
ASSISTANT UNITED STATES ATTORNEY